# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                            )
GROWTH ENERGY,                              )
                                            )
            Petitioner,                     )
                                            )    Case No. 20-1113
      v.                                    )
                                            )
ENVIRONMENTAL                               )
PROTECTION AGENCY, and ANDREW               )
WHEELER, Administrator                      )
                                            )
            Respondents.                    )
_____ )

## NON-BINDING STATEMENT OF ISSUES

Pursuant to this Court's order of April 7, 2020 (ECF 1837126), Petitioner Growth Energy hereby submits the following non-binding statement of the issues presented for review:

Whether EPA's failure, in setting the renewable fuel standards for 2020, to account for small-refinery exemption extensions that were granted after the covered year's compliance obligations were finalized was contrary to the Clean Air Act, unreasonable, arbitrary and capricious, an abuse of discretion, without adequate explanation of its reasoning, or otherwise not in accordance with law.

This is a preliminary statement of the issues that Growth Energy may raise. Growth Energy reserves its right to modify this statement of issues, as well as to raise these and other issues.

Respectfully submitted,

/s/ Seth P. Waxman
SETH P. WAXMAN
DAVID M. LEHN
DREW VAN DENOVER
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
(202) 663-6000
(202) 663-6363 (fax)
seth.waxman@wilmerhale.com
david.lehn@wilmerhale.com
drew.vandenover@wilmerhale.com

*Counsel for Growth Energy*

May 7, 2020

## CERTIFICATE OF SERVICE

I certify that on May 7, 2020, I filed the foregoing using the Court's case management electronic case filing system, which will automatically serve notice of the filing on registered users of that system.

/s/ Seth P. Waxman
Seth P. Waxman