ORAL ARGUMENT NOT YET SCHEDULED

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                    )
RFS POWER COALITION,                )
                                    )
            Petitioner,             )
                                    )   No. 20-1046
v.                                  )   (and consolidated cases)
                                    )
U.S. ENVIRONMENTAL                  )
PROTECTION AGENCY, et al.,          )
                                    )
            Respondents.            )
_____)

**STATUS REPORT**

Pursuant to the Court's October 7, 2022 Order, Respondents ("EPA") submit this status report to inform the Court as to the status of certain related litigation matters.

**BACKGROUND**

These consolidated petitions challenge EPA's rule determining, among other things, the annual percentage standards for the Renewable Fuel Standard ("RFS") program for the 2020 calendar year. Renewable Fuel Standard Program: Standards for 2020 and Biomass-Based Diesel Volume for 2021 and Other Changes, 85 Fed. Reg. 7016 (Feb. 6, 2020) ("2020 Rule").

There are two groups of petitioners: petitioners representing parties that must comply with the renewable fuel obligation ("Obligated Parties") and petitioners

representing the renewable fuel industry ("Biofuels Petitioners"). Briefing Order (Oct. 26, 2020), ECF No. 1868039. Petitioners filed their opening briefs on January 29, 2021. ECF Nos. 1882897 (Obligated Parties), 1882940 (Biofuels Petitioners). EPA filed its brief on December 8, 2021 in part seeking voluntary remand on the basis of a notice of proposed rulemaking that would revise certain aspects of the 2020 Rule. ECF No. 1925941.

On September 29, 2022, EPA filed an unopposed motion seeking to hold these consolidated cases in abeyance pending resolution of judicial challenges to related EPA actions currently pending before this court. ECF No. 1966767. Specifically, EPA moved to hold these consolidated cases in abeyance pending resolution of three sets of challenges:

1. *Sinclair Wyo. Ref. Co. LLC v. EPA*, No. 22-1210 (D.C. Cir.) (and consolidated cases)[1] challenging EPA action entitled "Renewable Fuel Standard (RFS) Program: RFS Annual Rules" through which EPA, among other things, revised the volume requirements in the 2020 Rule for three renewable fuel types, revised the percentage standards in the 2020 Rule for all renewable fuel types, and established the volume

---

[1] This set of challenges was captioned as *Center for Biological Diversity v. EPA*, No. 22-1164 (D.C. Cir.) in EPA's September 29, 2022 motion, but the court has since severed the prior lead case resulting in a new case caption. Nov. 29, 2022 Order, ECF No. 1975422.

2

requirements and percentage standards for 2021 and 2022. 87 Fed. Reg. 39600 (July 1, 2022) (the "2020-2022 Rule").

2. *Sinclair Wyo. Ref. Co. LLC v. EPA*, No. 22-1073 (D.C. Cir.) (and consolidated cases) challenging EPA's denial of 36 small refinery exemption ("SRE") petitions for the 2018 RFS compliance year. 87 Fed. Reg. 24300 (Apr. 25, 2022) (the "April 2022 denial action").

3. *Wynnewood Refin. Co. LLC v. EPA*, No. 22-1178 (D.C. Cir.) (and consolidated cases) challenging EPA's denial of 69 additional SRE petitions that spanned the 2016 through 2021 RFS compliance years. 87 Fed. Reg. 34873 (June 8, 2022) (the "June 2022 denial action").

On October 7, 2022, the Court granted EPA's motion and ordered these consolidated cases be held in abeyance with motions to govern future proceedings due within 30 days after whichever decision is last to issue in the related challenges. ECF No. 1968062. The Court further ordered EPA to submit status reports every 120 days. *Id.*

## CURRENT STATUS

In the consolidated challenges to the 2020-2022 Rule, EPA filed the certified index to the administrative record on October 14, 2022. ECF No. 1968949, *Sinclair Wyo. Ref. Co. LLC v. EPA*, No. 22-1210 (D.C. Cir.). On January 11, 2023, the parties submitted a joint motion to establish the briefing schedule. ECF No.

3

1981146. The proposed briefing schedule contemplates the completion of briefing on September 19, 2023. The court has not yet ruled on that motion.

The previously separate challenges to the April 2022 denial action and the June 2022 denial action have now been consolidated into a single set of challenges. Nov. 14, 2022 Order, *Sinclair Wyo. Ref. Co. LLC v. EPA*, No. 22-1073 (D.C. Cir.), ECF No. 1973398. EPA filed the certified index to the administrative record on December 5, 2022. ECF No. 1976378. The court has not yet directed the parties to file statements on briefing format or proposals.

Dated: February 6, 2023

                                Respectfully submitted,

                                TODD KIM
                                Assistant Attorney General
                                U.S. Department of Justice
                                Environment and Natural Resources
                                  Division

                               */s/ Caitlin McCusker*
                                CAITLIN MCCUSKER
                                U.S. Department of Justice
                                Environment and Natural Resources
                                  Division
                                Environmental Defense Section
                                P.O. Box 7611
                                Washington, D.C. 20044
                                (202) 514-1950
                                caitlin.mccusker@usdoj.gov

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing filing complies with the word limit of Fed. R. App. P. 27(d)(2) because it contains 644 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f). The filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because it was prepared in a proportionately spaced typeface using Microsoft Word in Times New Roman fourteen-point font.

*/s/ Caitlin McCusker*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

*/s/ Caitlin McCusker*