# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 20-1046**             **September Term, 2024**

**EPA-85FR7016**

**Filed On: September 18, 2024**

RFS Power Coalition,

       Petitioner

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator,

       Respondents

------------------------------

American Fuel & Petrochemical
Manufacturers, et al.,
       Intervenors

------------------------------

Consolidated with 20-1066, 20-1106, 20-1107, 20-1109, 20-1111, 20-1113

## O R D E R

Upon consideration of the unopposed motion of Waste Management, Inc. and WM Renewable Energy, LLC for voluntary dismissal of their petition for review No. 20-1109 and to withdraw as intervenors in No. 20-1046, et al.; the unopposed motion of Iogen Corporation and Iogen D3 Biofuels Partners II LLC for voluntary dismissal of their petition for review No. 20-1111 and to withdraw as intervenors in No. 20-1046, et al.; and the unopposed motion of Clean Fuels Alliance America and Growth Energy to extend time to file motions to govern future proceedings, it is

**ORDERED** that the motions for voluntary dismissal be granted and No. 20-1109 and No. 20-1111 be dismissed. It is

**FURTHER ORDERED** that the consolidation of No. 20-1109 and No. 20-1111 with No. 20-1046, et al., be terminated. It is

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 20-1046**                                                                   **September Term, 2024**

       **FURTHER ORDERED** that the motions to withdraw as intervenors be granted. The Clerk is directed to note the docket to reflect the withdrawal of Waste Management, Inc., WM Renewable Energy, LLC, Iogen Corporation, and Iogen D3 Biofuels Partners II LLC as intervenors in No. 20-1046, et al.  It is

       **FURTHER ORDERED** that motions to govern future proceedings in No. 20-1046, et al., are now due October 15, 2024.

       The Clerk is directed to issue forthwith the mandate in No. 20-1109 and No. 20-1111.

                                                         **FOR THE COURT:**
                                                         Mark J. Langer, Clerk

                        BY:    /s/
                                 Erica Thorner
                                 Deputy Clerk