NOT YET SCHEDULED FOR ORAL ARGUMENT

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| RFS POWER COALITION,<br><br>                        Petitioner,<br><br>v.<br><br>U.S. ENVIRONMENTAL<br>PROTECTION AGENCY, et al.,<br><br>                        Respondents. | No.: 20-1046 (and consolidated cases) |

**JOINT MOTION TO GOVERN FURTHER PROCEEDINGS**

These consolidated cases involve challenges to EPA's rulemaking setting the volumes and percentage standards and making other regulatory changes under the Renewable Fuel Standard for the year 2020 ("the 2020 Rule"). 85 Fed. Reg. 7,016 (Feb. 6, 2020) (the "2020 Rule").

On October 7, 2022, the Court granted EPA's motion to hold these cases in abeyance pending the later of three related decisions pending in this Court: (1) the consolidated cases challenging the final rule issued by EPA regarding the RFS program for calendar years 2020 through 2022 (the "2020-2022 Rule"), *see Sinclair Wyo. Ref. Co. LLC v. EPA*, No. 22-1210 et al.; (2) the consolidated cases challenging

1

EPA's denials of small refinery exemption petitions for the 2018 Renewable Fuel Standard program compliance year, *see Sinclair Wyo. Ref. Co. LLC v. EPA*, No. 22-1073 et al.; and (3) the consolidated cases challenging EPA's denial of additional small refinery exemption petitions spanning the 2016 through 2021 Renewable Fuel Standard program compliance years, *see Wynnewood Refin. Co. LLC v. EPA*, No. 22-1178 et al. The parties were directed to file motions to govern within 30 days of the last decision to issue in those cases.

The latter two sets of cases were later consolidated. Order, *Sinclair Wyo. Ref. Co. LLC v. EPA*, No. 22-1073 (D.C. Cir. Nov. 14, 2022), ECF No. 1973398. The court's opinion and judgment in the last of these cases was issued on July 26, 2024. *See Sinclair Wyo. Ref. Co. LLC v. EPA*, No. 22-1073, ECF No. 2066659. That decision triggered the deadline to file a motion to govern further proceedings, which has subsequently been extended by motions to enable further discussion among the parties until October 15, 2024.

The parties agree that many of the claims in these consolidated cases have been resolved by other litigation, and some parties have dismissed their petitions for review. *See* Dkt. 2073489; Dkt. 2074257; Dkt. 2074311.

Petitioners Clean Fuels Alliance America[1] and Growth Energy (collectively, "Biofuels Petitioners") believe that one of the claims in their petition for review remains live and warrants resolution by this Court. Accordingly, Biofuels Petitioners propose submission of supplemental briefing to address only arguments raised in Section I of their previously filed opening brief. Dkt. 1882940 at 13-26.

The United States does not believe any further briefing is warranted and believes that all remaining petitions should be dismissed. Nevertheless, it has agreed to present any threshold defenses in response to Biofuels Petitioners' supplemental brief.

Petitioner Small Refineries Coalition and Petitioner and Respondent-Intervenor American Fuel & Petrochemical Manufacturers believe that all of the claims in these consolidated cases were resolved by this Court's decision in the 2020-2022 Rule case, *see Sinclair Wyoming Ref. Co. LLC v. EPA*, 101 F.4th 871 (D.C. Cir. 2024), and that none of the claims in the Biofuels Petitioners' petition for review remains live.

The parties have conferred and agreed on a schedule and supplemental briefing format for resolution of Biofuels Petitioners' claim, as set forth below. The parties believe that the proposed briefing deadlines and format are reasonable given

---

[1] Clean Fuels Alliance America was known as the National Biodiesel Board at the time that its petition was filed in this case.

3

the remaining issues to be raised by the Biofuels Petitioners, the jurisdictional and merits-based arguments to be raised in EPA's responsive brief and the Respondent-Intervenor brief, and considering the court's original briefing order and word allotments issued before this case was held in abeyance. In particular, the parties agree that more words are warranted for the responsive brief than the supplemental brief, because Biofuels Petitioners addressed these issues in their opening brief. EPA did not, because it sought voluntary remand. Dkt. 1925941 at Section II.

- Biofuels Petitioners' Supplemental brief (3,000 words) – November 20, 2024
- EPA's Responsive brief (7,000 words) – February 21, 2025
- Respondent-Intervenors' brief (3,650 words) – March 14, 2025
- Reply brief (3,500 words) – April 11, 2025
- Deferred joint appendix – April 18, 2025
- Final briefs – April 25, 2025

Dated: October 15, 2024

Respectfully submitted,

/s/ Douglas A. Hastings
Douglas A. Hastings
Bryan M. Killian
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
(202) 739-3000

*Counsel for Clean Fuels Alliance America*

4

David M. Lehn
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue NW
Washington, DC 20005
(202) 237-2727

*Counsel for Growth Energy*

Jonathan G. Hardin
LeAnn Johnson
Alexandra Magill Bromer
Perkins Coie LLP
700 Thirteenth Street N.W., Suite 800
Washington, DC 20005-3690
(202) 654-6200 (telephone)

*Counsel for the Small Refineries Coalition*

Robert J. Meyers
Elizabeth B. Dawson
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
(202) 624-2967

*Counsel for American Fuel & Petrochemical Manufacturers*

Caitlin McCusker
Environmental Defense Section
Environment and Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1950
caitlin.mccusker@usdoj.gov

*Counsel for Respondent*

5

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(2)(A) because it contains 655 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion was prepared in Microsoft Word using 14-point Times New Roman font.

                                                            /s/ Douglas A. Hastings

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, I caused the foregoing to be electronically filed with the Clerk of the U.S. Court of Appeals for the D.C. Circuit by using the Court's appellate CM/ECF system and that service will be accomplished by the appellate CM/ECF system.

    /s/ Douglas A. Hastings