UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS,<br><br>*Petitioner*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Respondent*. | No. 20-1066 |

**UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL
OF PETITION FOR REVIEW**

Pursuant to Federal Rules of Appellate Procedure 27 and 42(b), and Circuit Rule 27(f)(1), Petitioner American Fuel & Petrochemical Manufacturers ("AFPM") respectfully moves to voluntarily dismiss its petition for review in No. 20-1066.[1] Counsel for AFPM has contacted counsel for the parties in the consolidated cases of which AFPM's petition is a part (lead case No. 20-1046), and no party opposes.

The above-captioned case concerns an EPA final rule entitled "Renewable Fuel Standard Program: Standards for 2020 and Biomass-Based Diesel Volume for 2021, Response to the Remand of the 2016 Standards, and Other Changes," 85 Fed.

---

[1] AFPM is not withdrawing as intervenor in case No. 20-1046 or any remaining consolidated case. *See RFS Power Coalition v. EPA*, No. 20-1046, Doc. 1832490 (AFPM motion to intervene) & Doc. 1843937 (Clerk's Order granting same); Cir. R. 15(b).

Reg. 7016 (Feb. 6, 2020). AFPM's petition and the consolidated cases had been held in abeyance pending resolution of several related RFS challenges, *see* Doc. 1968062, all of which have now been resolved.[2]

As further explained in the Joint Motion to Govern Further Proceedings (Doc. 2080031), AFPM considers the Court's recent decisions in the related RFS matters to have resolved all claims in the consolidated cases, and does not seek to continue participating as a petitioner, but will continue participating as intervenor to protect AFPM's and its members' interests. As such, AFPM moves to voluntarily dismiss its petition for review. Granting this motion would not prejudice other parties, none of whom have opposed this motion. Each party will bear its own costs and fees.

Dated: November 20, 2024         Respectfully submitted,

/s/ Robert J. Meyers
Robert J. Meyers
Elizabeth B. Dawson
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
rmeyers@crowell.com

*Counsel for Petitioner American Fuel & Petrochemical Manufacturers*

---

[2] *Sinclair Wyo. Ref. Co. LLC v. EPA*, 101 F.4th 871 (D.C. Cir. 2024); *Sinclair Wyo. Ref. Co. LLC v. EPA*, No. 22-1073, 2024 WL 3801747 (D.C. Cir. July 26, 2024).

## CERTIFICATE OF COMPLIANCE

The foregoing motion complies with the type-volume limitation of Fed. R. App. P. 27 because it contains 298 words, excluding those parts exempted by Fed. R. App. P. 32(f).

This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5)(A) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point, Times New Roman font.

/s/ Robert J. Meyers
Robert J. Meyers

## CERTIFICATE OF SERVICE

I certify that on November 20, 2024, the forgoing motion was electronically filed with the Clerk of Court for the U.S. Court of Appeals for the District of Columbia Circuit via the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Robert J. Meyers
Robert J. Meyers