# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 20-1046**　　　　　　　　　　　　　　　**September Term, 2024**

**EPA-85FR7016**

**Filed On:** January 15, 2025

RFS Power Coalition,

　　　　Petitioner

　　v.

Environmental Protection Agency and
Michael S. Regan, Administrator,

　　　　Respondents

------------------------------

American Fuel & Petrochemical
Manufacturers, et al.,
　　　　Intervenors

------------------------------

Consolidated with 20-1107, 20-1113

　　**BEFORE:**　Millett and Wilkins, Circuit Judges

## O R D E R

　　Upon consideration of the motion for leave to intervene, the opposition thereto, and the reply, it is

　　**ORDERED** that the motion for leave to intervene be granted.

**Per Curiam**