# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-1046**  **September Term, 2024**

EPA-85FR7016

Filed On: July 24, 2025 [2127063]

RFS Power Coalition,

     Petitioner

  v.

Environmental Protection Agency and Lee M. Zeldin, Administrator,

     Respondents

------------------------------

American Fuel & Petrochemical Manufacturers, et al.,
     Intervenors

------------------------------

Consolidated with 20-1107, 20-1113

## O R D E R

    Upon consideration of the unopposed motion of petitioner RFS Power Coalition in No. 20-1046 for voluntary dismissal, it is

    **ORDERED** that the motion be granted, and case No. 20-1046 be dismissed.

    The Clerk is directed to issue the mandate forthwith in No. 20-1046.

### Per Curiam

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

BY:   /s/
                      Michael C. McGrail
                      Deputy Clerk