# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-1046**  **September Term, 2024**

**EPA-85FR7016**

**Filed On: July 24, 2025** [2127065]

RFS Power Coalition,

      Petitioner

   v.

Environmental Protection Agency and Lee M. Zeldin, Administrator,

      Respondents

------------------------------

American Fuel & Petrochemical Manufacturers, et al.,
      Intervenors

## M A N D A T E

In accordance with the order of July 24, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk

Link to the order filed July 24, 2025